# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2021

Lyle W. Cayce
Clerk

No. 19-50457

Larry Neal Sullivan,

*Plaintiff—Appellant*,

*versus*

Office of the Attorney General of Texas; Arizona
Department of Economic Security,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:18-CV-303

Before Stewart, Higginson, and Wilson, *Circuit Judges*.
Per Curiam:*

AFFIRMED. *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.